UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PETER ECKERT, | No. 2:07-cv-00825-GEB-GGH |
| Plaintiff, | |
| v. | **NON RELATED CASE ORDER** |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |
| JOAN BARDEN, et al., | No. 2:99-cv-00497-MCE-JFM |
| Plaintiffs, | |
| v. | |
| CITY OF SACRAMENTO, et al., | |
| Defendant. | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed May 5, 2008. See Local Rule 83-123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this court.

5 |     IT IS SO ORDERED.

6 | Dated: May 27, 2008

```
                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE
```