UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOAN BARDEN, et al.,          No. 2:99-cv-00497-MCE-JFM

    Plaintiffs,

  v.                           **NON RELATED CASE ORDER**

CITY OF SACRAMENTO, et al.,

    Defendants.
_____/

RICHARD SKAFF,                No. 2:09-cv-01715-JAM-EFB

    Plaintiff,

  v.

CITY OF SACRAMENTO, et al.,

    Defendants.
_____/

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed June 25, 2009. See Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

1 | This Order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.
4 |     IT IS SO ORDERED.

Dated: July 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE