IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOAN BARDEN, et al.,

        Plaintiffs,                    No. 2: 99-cv-0497 MCE JFM

        vs.

CITY OF SACRAMENTO, et al.,        <u>ORDER</u>

        Defendants.

                              /

        The parties have jointly filed a request for mediation regarding compliance with a Settlement Agreement in this matter before the undersigned. The mediation session is currently calendared for November 29, 2012. In their request, the parties generally state that the dispute is "the amount of attorneys' fees and costs relating to monitoring that Class Counsel are entitled to under the Agreement." (Dkt. No. 185.) To make the mediation session more effective, the court will order the parties to provide a more definitive joint statement as to the nature of the dispute.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Status on Settlement Agreement hearing scheduled for November 29, 2012 is VACATED.

        2. On or before December 18, 2012, the parties shall provide a joint mediation conference statement to the undersigned's chambers. The joint mediation statement should not

1

be filed with the Clerk of Court, but rather shall be sent directly to chambers. The joint mediation statement shall include the following:

    a. A brief statement of the facts surrounding the nature of the dispute.

    b. A brief statement of the claims and defenses upon which each parties' position with respect to the dispute is grounded.

    c. A summary of the proceedings with respect to the dispute which includes a summary of the parties' meetings and conferences surrounding the dispute and the parties' demands and offers with respect to the dispute.

    d. A brief statement of each parties' expectations and goals for the mediation session.

    e. Any documents a party believes will assist the court in mediating the dispute.

    3. A mediation session on the dispute concerning the amount of attorneys' fees and costs relating to monitoring that Class Counsel are entitled to under the Agreement is set for January 10, 2013 at 1:30 p.m in the chambers of the undersigned.

Dated: November 27, 2012.

UNITED STATES MAGISTRATE JUDGE